1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   NANCY COLE,                              CASE NO. EDCV 23-1405 JFW (PVC)

12                      Petitioner,

13         V.                                 **ORDER ACCEPTING FINDINGS,
                                              CONCLUSIONS, AND
                                              RECOMMENDATIONS OF UNITED**
14   ELISEO RICOLCOL, Warden,[1]              **STATES MAGISTRATE JUDGE**

15                      Respondent.

16

17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's

19   Motion to Dismiss, all the records and files herein, and the Report and Recommendation

20   of the United States Magistrate Judge.  The time for filing Objections to the Report and

21   Recommendation has passed and no Objections have been received.  Accordingly, the

22   Court accepts and adopts the findings, conclusions, and recommendations of the

23   Magistrate Judge.

24

25         IT IS ORDERED that Respondent's Motion to Dismiss is GRANTED.  The

26   Petition is DENIED, and Judgment shall be entered dismissing this action with prejudice.

27

28   _____
     [1] Eliseo Ricolcol, Warden of FCI Victorville Medium I, is substituted for "Warden," the
     Respondent named in the Petition. *See* Fed. R. Civ. P. 25(d).

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

2   Judgment herein on Petitioner at his current address of record and on counsel for

3   Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7   DATED:  May 22, 2024

8

9

10                                          JOHN F. WALTER
                                            UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2