JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY COLE,<br><br>      Petitioner,<br><br>    v.<br><br>ELISEO RICOLCOL, Warden,[1]<br><br>      Respondent. | Case No. EDCV 23-1405 JFW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 22, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Eliseo Ricolcol, Warden of FCI Victorville Medium I, is substituted for "Warden," the Respondent named in the Petition. *See* Fed. R. Civ. P. 25(d).